No. 86–1217. RUSSONIELLO ET AL. *v.* OLAGUES ET AL. C. A. 9th Cir. [Certiorari granted, 481 U. S. 1012.] Judgment vacated and case remanded to the Court of Appeals with instructions that the United States District Court for the Northern District of California dismiss the action as moot. *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).

No. 86–1419. OREGON DEPARTMENT OF HUMAN RESOURCES ET AL. *v.* COOS BAY CARE CENTER ET AL. C. A. 9th Cir. [Certiorari granted, 481 U. S. 1036.] Judgment vacated and case remanded to the Court of Appeals to consider the suggestion of mootness.

No. 86–1714. ARN, SUPERINTENDENT, OHIO REFORMATORY FOR WOMEN *v.* GREEN. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded to the Court of Appeals to consider the question of mootness.

No. 86–1851. HAPANIEWSKI *v.* CITY OF CHICAGO HEIGHTS. App. Ct. Ill., 1st Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Goodman* v. *Lukens Steel Co.*, 482 U. S. 656 (1987).

No. 86–1855. DELTA AIR LINES, INC., ET AL. *v.* INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, AIRLINE DIVISION, ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded to the Court of Appeals to consider the question of mootness. JUSTICE STEVENS took no part in the consideration or decision of this case.

No. 86–1898. ILLINOIS *v.* DUNCAN. Sup. Ct. Ill. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Richardson* v. *Marsh*, 481 U. S. 200 (1987).